UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re | ) |
| | ) |
| ALFRED V. FRAUMENI, JR., INC., | ) CHAPTER 11 |
| | ) |
| Debtor. | ) CASE NO. 07-13831 |
| | ) |

## CERTIFICATE OF SERVICE

    I, William H. Harris, hereby certify that on this 9th day of July 2007, I caused a copy of the foregoing Application of Debtor for Authority to Employ Counsel Under General Retainer; Statement of Attorney Filed by Harris & Dial, P.C., Pursuant to Bankruptcy Rule 2016(b); and [Proposed] Order Authorizing Debtor to Employ Counsel Under General Retainer to be served by mailing, postage prepaid to the following:

                    U.S. Trustee
                  (Served by Electronic Mail)


                  <u>William H. Harris</u>
                  William H. Harris