UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

| | |
|---|---|
| In re ) | |
| ) | |
| ALFRED V. FRAUMENI, JR., INC., ) | CHAPTER 11 |
| ) | |
| Debtor. ) | CASE NO. 07-13831 |
| ) | |

ORDER AUTHORIZING DEBTOR TO
EMPLOY COUNSEL UNDER GENERAL RETAINER

Upon consideration of the Debtor's Application for Authority to Employ Counsel under General Retainer dated July 9, 2007 ("Application"), wherein the Debtor seeks to retain the law firm of Harris & Dial, P.C., as its counsel; the United States Trustee having received notice and declined to object, and such notice being appropriate notice of the Application in the particular circumstances; and due cause appearing to me therefor; it is hereby

ORDERED that the Debtor be, and hereby is, authorized to employ the law firm of Harris & Dial, P.C., under a general retainer as its counsel in this case on the terms set forth in the Application, subject to this Court's jurisdiction with respect to compensation of professional persons.

BY THE COURT:


_____
U.S. Bankruptcy Judge

Dated: