UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
(EASTERN DIVISION)

|  |  |  |
|---|---|---|
| In re | ) | |
| | ) | |
| ALFRED V. FRAUMENI, JR., INC., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | CASE NO. 07-13831 |
| | ) | |

STATEMENT OF ATTORNEY FILED BY HARRIS & DIAL, P.C.,
PURSUANT TO BANKRUPTCY RULE 2016(b)

1. Amount of compensation paid after one year before the filing of the petition commencing this case for services rendered or to be rendered to the Debtor in contemplation of or in connection with this case:    $2,000.

2. Agreements made after one year before the filing of the petition commencing this case concerning compensation for services rendered or to be rendered to the Debtor in contemplation of or in connection with this case:

> Subject to this Court's jurisdiction with respect to professional fees, the Debtor has agreed to pay this firm for services at its regular and usual hourly rates in effect at the time such services are rendered and, if appropriate under applicable law and judicial decisions, to pay a premium in excess of such rates.  The Debtor has also agreed to reimburse this firm in full for its cash disbursements and for such expenses as this firm customarily bills to its clients.

3. Source of the compensation paid or promised:

> Non-debtor, third-party funds are the source of the monies paid to this firm.  Non-debtor, third-party funds are the source(s) of funds to be paid to this firm for services rendered

and expenses incurred in excess of the retainer.

4. Sharing of compensation or agreements to share compensation:

There has been no sharing of compensation and there exists no agreement for the sharing of any compensation paid or to be paid for services rendered or to be rendered to the Debtor in contemplation of or in connection with this case, other than with members or regular associates of this firm.

Respectfully submitted,

HARRIS & DIAL, P.C.

_____
William H. Harris (BBO 560813)

Dated: 7/9/07