# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Alfred V. Fraumeni, Jr., Inc.   **Case Number:** 07-13831   **Ch:** 11

**MATTER:**
Doc# 16 Application filed by Debtor Alfred V. Fraumeni, Jr., Inc. to Employ Harris & Dial, P.C. as Lawyer

**MOVANT/APPLICANT/PARTIES:**

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_✓\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

No objection filed.  Granted.


IT IS SO NOTED:                              IT IS SO ORDERED:

                                             *Robert Somma*
_____                       _____Dated: 7/24/2007
Courtroom Deputy                             Robert Somma, U.S. Bankruptcy Judge